THE PEOPLE ex rel. JAMES ECKERSON et al., Respondents, *v.*
EDWARD W. CHRISTIE et al., Appellants.

(Argued June 4, 1889; decided June 18, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made March 13, 1888, which modified and, as modified,
affirmed a judgment in favor of the plaintiffs, entered upon
the decision of the court on trial at Special Term, which was
brought up for review by *certiorari.*

*Irving Brown* for appellants.

*Calvin Frost* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. CHARLES KRUSE, Respondent, *v.* CHARLES
H. WOODMAN et al., Appellants.

(Argued June 4, 1889; decided June 18, 1889.)

APPEALS from two orders of the General Term of the
Court of Common Pleas for the city and county of New York,
made June 13, 1888, which affirmed two orders of the Special
Term, one denying the defendant's motion to quash and set
aside an alternative writ of *mandamus,* and the other framing
an issue to be submitted to a jury.

*Edward Browne* for appellant.

*Eugene L. Bushe* for respondent.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.